PEOPLE *v* AHEE. Appeal from Recorder's Court of Detroit, Geraldine Bledsoe Ford, J. Submitted Division 1 February 2, 1972, at Detroit. (Docket No. 11278.) Decided March 30, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ.

MEMORANDUM OPINION. Defendant appeals his jury conviction of armed robbery. MCLA 750.529; MSA 28.797.

Our examination of the record and briefs discloses no prejudicial error.

Affirmed.